UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY ABBOUD, an individual; JOUMANA ABBOUID, an individual<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a national association,<br><br>Defendants. | CASE NO.: 2:11-cv-09021 R (VBK)<br><br>**JUDGMENT OF DISMISSAL** |

On March 12, 2012, this Court entered an Order granting, without leave to amend, the Motion to Dismiss Plaintiffs' First Amended Complaint filed by defendant WELLS FARGO BANK, N.A., successor by merger to Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a WORLD SAVINGS BANK, FSB ("Wells Fargo"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In accordance with that Order:

/ / /

/ / /

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. Plaintiffs' first amended complaint is dismissed with prejudice as to Defendant Wells Fargo;

2. Plaintiff shall take nothing from defendant Wells Fargo; and

3. As the prevailing party, defendant Wells Fargo may submit motions to tax costs and to recover attorneys' fees.

**IT IS SO ORDERED:**

Dated: August 6, 2012

THE HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] JUDGMENT OF DISMISSAL**

on the interested parties in said case as follows:

*Served Electronically Via the Court's CM/ECF System*

*Counsel for Plaintiff:*

Golden & Timbol, PC
Sarah J. Golden
Servando Timbol
6 Hutton Centre Dr., Ste #600
Santa Ana, CA 92707
Tel: (714) 382-6702
Fax: (714) 382-6703
sarah@gtlawoffices.com
servando@gtlawoffices.com

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on **August 3, 2012**.

| Vanessa Ngo | */s/ Vanessa Ngo* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |