```
                          FILED
                   CLERK, U.S. DISTRICT COURT

                       OCT - 1 2012

                   CENTRAL DISTRICT OF CALIFORNIA
                   BY                       DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY ABBOUD, an individual; JOUMANA ABBOUID, an individual<br><br>  Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a national association,<br><br>  Defendants. | CASE NO.: 2:11-cv-09021 R (VBK)<br><br>[PROPOSED] ORDER GRANTING WELLS FARGO'S MOTION FOR AN AWARD OF ATTORNEYS' FEES<br><br>Date:  October 1, 2012<br>Time:  10:00 a.m.<br>Ctrm:  8<br><br>[Assigned to the Hon. Manuel L. Real |

The motion for an award of attorneys' fees by defendant Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB ("Wells Fargo") came on regularly for hearing on October 1, 2012, at 10:00 a.m. in the above-entitled court, the honorable Manuel L. Real presiding.

The Court, having read and considered the motion, the request for judicial notice, the declaration in support of Wells Fargo's motion, and all opposition and reply papers, finds as follows:

1.  Defendant Wells Fargo is the prevailing party pursuant to this Court's Judgment of Dismissal, entered on August 6, 2012.

1     2.    Pursuant to a promissory note and deed of trust signed by plaintiff, plaintiff is liable to defendant Wells Fargo for its reasonable attorneys' fees incurred in defending this action.

    3.    The Court finds that, based upon the evidence submitted in support of its request, Wells Fargo's reasonable attorneys' fees are $10,052.50.

**IT IS HEREBY ORDERED:**

    1.    Defendant Wells Fargo is awarded attorneys' fees as the prevailing party in the amount of $10,052.50.

DATED: Oct. 1, 2012

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE